**No. 63187.**—King Shipping Company *v.* United States, protest 58/18514 (New York).

Opinion by JOHNSON, J. Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

**No. 63188.**—F. C. Mackay *v.* United States, protests 233229–K and 234426–K (Pembina).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of fresh or frozen boneless pork similar in all material respects to that the subject of Abstract 59714, the claim of the plaintiff was sustained.

**No. 63189.**—Schenley Import Corp. *v.* United States, protests 76006–K, etc. (New York).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiff was sustained.

JUNE 16, 1959

**No. 63190.**—F. W. Myers & Co., Inc. *v.* United States, protest 321582–K.— Plaintiff's application for rehearing granted.